UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LONDON

CRIMINAL NO. 6:07-58-KKC

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                         ORDER

FRANK E. BAKER,                                                                           DEFENDANT

**** **** **** ****

This matter is before the Court upon the United States Magistrate Judge's Report and Recommendation [DE #33] regarding the defendant's competency to stand trial. No objections to the Report and Recommendation having been filed, the Court conducted a *de novo* review of the Magistrate Judge's findings and opinion. IT IS HEREBY ORDERED that the Magistrate Judge's report and recommendation [DE #33] is ADOPTED as and for the opinion of the Court.

Dated this 11th day of January, 2008.

Signed By:

*Karen K. Caldwell*   KKC

United States District Judge